**Anthony WASHINGTON, Plaintiff—Appellant,**

v.

**Rufus FLEMING, Regional Director; J. Halsey Harris, Regional Obudsman; Eddie L. Pearson, Chief Warden; David B. Everett, Assistant Warden of** Operation and Security; Jamila F. Burney, Assistant Warden of Housing and Programs; Rick E. White, Senior Counselor; Michael Shawn Edwards, Chaplin; Rufus Robinson, Unit Manager; L. Murphy, Grievance Coordinator; Sergeant Parham, Correctional Officer; MR. Appel, Registered Nurse; Lieutenant Hamlette; John Doe, IV; Officer Kelly; Sergeant Tischler, Defendants—Appellees.

No. 04–6037.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 1, 2004.

Anthony Washington, Appellant pro se. Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia; John David McChesney, Ashton Marie Jennette, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Washington seeks to appeal the district court's order dismissing the claims against Defendant Appel in Washington's ongoing 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000),

and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Washington seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*